| | |
|---|---|
| **Fill in this information to identify your case:** | |
| Debtor 1 | SHAUNA NICOLE MARTIN |
| | First Name — Middle Name — Last Name |
| Debtor 2 (Spouse, if filing) | DAMEION LASHAWN MARTIN |
| | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number (If known) | 20-40745 |

# Official Form 427
## Cover Sheet for Reaffirmation Agreement          12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

**1. Who is the creditor?**
KITSAP CREDIT UNION
Name of the creditor

**2. How much is the debt?**
On the date that the bankruptcy case is filed   $ 20,547.90
To be paid under the reaffirmation agreement   $ 20,547.90
$ 534.64 per month for 45 months (if fixed interest rate)

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**
Before the bankruptcy case was filed   9.99 %
Under the reaffirmation agreement   9.99 %   ☒ Fixed rate   ☐ Adjustable rate

**4. Does collateral secure the debt?**
☐ No
☒ Yes. Describe the collateral.   2007 GMC YUKON XL DENALI
Current market value   $ 13,125.00

**5. Does the creditor assert that the debt is nondischargeable?**
☒ No
☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

| | Income and expenses reported on Schedules I and J | | Income and expenses stated on the reaffirmation agreement | |
|---|---|---|---|---|
| 6a. | Combined monthly income from line 12 of Schedule I | $ 5628.39 | 6e. Monthly income from all sources after payroll deductions | $ 5628.39 |
| 6b. | Monthly expenses from line 22c of Schedule J | – $ 5432.50 | 6f. Monthly expenses | – $ 5432.50 |
| 6c. | Monthly payments on all reaffirmed debts not listed on Schedule J | – $ ⌀ | 6g. Monthly payments on all reaffirmed debts not included in monthly expenses | – $ ⌀ |
| 6d. | Scheduled net monthly income. Subtract lines 6b and 6c from 6a. If the total is less than 0, put the number in brackets. | $ 195.89 | 6h. Present net monthly income. Subtract lines 6f and 6g from 6e. If the total is less than 0, put the number in brackets. | $ 195.89 |

| Debtor 1 | SHAUNA NICOLE MARTIN | Case number (if known) 20-40745 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| | | |
|---|---|---|
| 7. Are the income amounts on lines 6a and 6e different? | ☑ No<br>☐ Yes. Explain why they are different and complete line 10. _____ | |
| 8. Are the expense amounts on lines 6b and 6f different? | ☑ No<br>☐ Yes. Explain why they are different and complete line 10. _____ | |
| 9. Is the net monthly income in line 6h less than 0? | ☑ No<br>☐ Yes. A presumption of hardship arises (unless the creditor is a credit union). Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10. | |
| 10. Debtor's certification about lines 7-9<br><br>If any answer on lines 7-9 is *Yes*, the debtor must sign here.<br><br>If all the answers on lines 7-9 are *No*, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>✗ _____<br>Signature of Debtor 1 | ✗ _____<br>Signature of Debtor 2 (Spouse Only in a Joint Case) |
| 11. Did an attorney represent the debtor in negotiating the reaffirmation agreement? | ☐ No<br>☑ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>   ☐ No<br>   ☑ Yes | |

### Part 2: Sign Here

| | |
|---|---|
| Whoever fills out this form must sign here. | I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement*.<br><br>✗ _[signature]_                                          Date 04/06/2020<br>   Signature                                                                    MM / DD / YYYY<br><br>Rachel Wasson<br>Printed Name<br><br>Check one:<br>☐ Debtor or Debtor's Attorney<br>☑ Creditor or Creditor's Attorney |

Form 2400A (12/15)

> Check one.
> ☐ **Presumption of Undue Hardship**
> ☑ **No Presumption of Undue Hardship**
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re  SHAUNA NICOLE MARTIN
       DAMEION LASHAWN MARTIN             ,
       *Debtor*

Case No. 20-40745

Chapter 7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** KITSAP CREDIT UNION

☑ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: AUTO LOAN

*For example, auto loan*

B. *AMOUNT REAFFIRMED*:     $                 20,547.90

> The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before   03/16/2020   , which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is   9.9900 %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate     ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

[✓] $ 534.64 per month for 45 months starting on 03/29/2020.

[ ] Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

Description: 2007 GMC YUKON XL DENALI
Current Market Value $ 13,125.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

[✓] Yes. What was the purchase price for the collateral? $ 32,081.31

[ ] No. What was the amount of the original loan? $

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 20,547.90 | $ 20,547.90 |
| Annual Percentage Rate | 9.9900 % | 9.9900 % |
| Monthly Payment | $ 534.64 | $ 534.64 |

H. [ ] Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one. [✓] Yes   [ ] No

B. Is the creditor a credit union?

Check one. [✓] Yes   [ ] No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)     $ 5628.39

   b. Monthly expenses (including all reaffirmed debts except this one)     $ 4897.86

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)     $ 730.53

   d. Amount of monthly payment required for this reaffirmed debt     $ 534.64

   *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

   [✓] You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   [ ] You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

   [ ] You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date __3-26-2020__ Signature _____
                                     *Debtor*

Date _____ Signature _____
                                     *Joint Debtor, if any*

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor __KITSAP CREDIT UNION__   __PO BOX 990, BREMERTON, WA 98337__
         *Print Name*                *Address*

__Rachel Wesson__                  _____  __4/6/2020__
*Print Name of Representative*        *Signature*          *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date __3-20-2020__ Signature of Debtor's Attorney _____

Print Name of Debtor's Attorney __Susan H. Sedye__

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A. DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

   a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

       i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

       ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B. **INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home. You can use Form 2400B to do this.*

## C.     DEFINITIONS

1.  **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.  **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.  **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CARELON MARTIN 4849 96TH AVENUE W UNIVERSITY PLACE, WA PIERCE | | TACOMA DODGE CHRYSLER JEEP 4101 South Tacoma Way Tacoma, WA 98409 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below, as explained in section 1 on the back. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2007 | GMC YUKON XL | 9,783 | 1GKFK66827J207901 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ _____ |
|---|---|---|---|---|
| 9.99 % | $ 9,979.41 | $ 22,081.21 | $ 34,060.62 | $ 34,060.62 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 83 | $354.64 | Monthly beginning 09/30/16 |

**Or As Follows:**

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __5__ or __5__ % of the part of the payment that is late, whichever is greater.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1. Cash Sale Price
   - Vehicle Cash Price .......................................... $ 22,919.00
   - Other THEFT CODE ........................................ $ 399.00
   - Other ___N/A___ ............................................. $ N/A
   - Other ___N/A___ ............................................. $ N/A
   - Other ___N/A___ ............................................. $ N/A
   - Sales Tax ...................................................... $ 1,791.90
   - Documentary Service Fee (THE DOCUMENTARY SERVICE FEE IS A NEGOTIABLE FEE. Documentary service fees are not required by the state of Washington.) $ 150.00
   - Total Cash Sale Price .................................... $ 25,259.91 (1)
2. Total Downpayment =
   - Trade-in ___2002___ CHEVROLET (BLAZER)
     (Year) (Make) (Model)
   - Gross Trade-In Allowance ............................. $ 1,250.00
   - Less Payoff Made By Seller .......................... $ 3,150.00
   - Equals Net Trade In ..................................... $ 2,000.00
   - + Cash ........................................................ $ 1,000.00
   - + Other ___N/A___ ....................................... $ N/A
   - (If total downpayment is negative, enter "0" and see 4H below) $ N/A (2)
3. Unpaid Balance of Cash Price (1 minus 2) ....... $ 25,259.91 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   - A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
     - Life ........................................ $ N/A
     - Disability ................................ $ N/A .......... $ N/A
   - B Other Optional Insurance Paid to Insurance Company or Companies
     - Total Insurance Paid to Insurance Companies $ N/A $ N/A
   - C Optional Gap Contract .......................... $ 595.00
   - D Official Fees Paid to Government Agencies
     - to ___N/A___ for ___N/A___ .............. $ N/A
     - to ___N/A___ for ___N/A___ .............. $ N/A
     - to ___N/A___ for ___N/A___ .............. $ N/A
   - E Government Taxes Not Included in Cash Price $ N/A
   - F Government License and/or Registration Fees
     - REG/LICENSE FEES ..................... $ 604.30
   - G Government Certificate of Title Fees ......... $ N/A

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose subject to our approval of your choice as the law allows. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ ____N/A____
Credit Disability $ ____N/A____
Insurance Company Name ____N/A____
Home Office Address ____N/A____
____N/A____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ ___N/A___                          ___N/A___
    Type of Insurance                 Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

☐ ___N/A___                          ___N/A___
    Type of Insurance                 Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above. We will apply for this insurance on your behalf.

X ___N/A___
Buyer Signature                                   Date

X ___N/A___
Co-Buyer Signature                               Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE FOR BODILY INJURY LIABILITY, PUBLIC LIABILITY, OR PROPERTY DAMAGE LIABILITY.**

Returned Check Charge: You agree to pay a charge of up to $20 if any check you give us is dishonored or any electronic payment is returned unpaid. If a check is not paid within 15

|   |   | $ |   |
|---|---|---|---|
|   | Less Payoff Made By Seller | $ | |
|   | Equals Net Trade In | $ | |
|   | + Cash | $ | |
|   | + Other _____ N/A _____ | $ | N/A |
|   | (If total downpayment is negative, enter "0" and see 4H below) | | |
| 3 | Unpaid Balance of Cash Price (1 minus 2) | $ | (2) |
| 4 | Other Charges Including Amounts Paid to Others on Your Behalf | $ | (3) |
|   | (Seller may keep part of these amounts): | | |
|   | A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
|   |   Life                         $ N/A | | |
|   |   Disability                   $ N/A | $ | N/A |
|   | B Other Optional Insurance Paid to Insurance Company or Companies | $ | N/A |
|   |   Total Insurance Paid to Insurance Companies   $ N/A | | |
|   | C Optional Gap Contract | $ |  |
|   | D Official Fees Paid to Government Agencies | | |
|   |   to N/A       for N/A | $ | N/A |
|   |   to N/A       for N/A | $ | N/A |
|   |   to N/A       for N/A | $ | N/A |
|   | E Government Taxes Not Included in Cash Price | $ | N/A |
|   | F Government License and/or Registration Fees | | |
|   |   REG/LICENSE FEES | $ |  |
|   | G Government Certificate of Title Fees | $ | N/A |
|   |   Total Official Fees Paid to Government Agencies  $ | | |
|   | H Other Charges (Seller must identify who is paid and describe purpose) | | |
|   |   to N/A               for Prior Credit or Lease Balance | $ |  |
|   |   to N/A               for N/A | $ |  |
|   |   to THE MECHANIC'S R  for SERVICE CONTRACT | $ |  |
|   |   to N/A               for N/A | $ | N/A |
|   |   to N/A               for N/A | $ | N/A |
|   |   to N/A               for N/A | $ | N/A |
|   |   to WA STATE          for SERVICE CONTRACT TAX | $ |  |
|   |   to N/A               for N/A | $ | N/A |
|   |   to N/A               for N/A | $ | N/A |
|   |   to N/A               for N/A | $ | N/A |
|   | Total Other Charges and Amounts Paid to Others on Your Behalf | $ | (4) |
| 5 | Amount Financed (3 plus 4) | $ | (5) |

**INSURANCE box (right column):**

☐ N/A _____ N/A
Type of Insurance     Term
Premium $ _____ N/A
Insurance Company Name _____ N/A
N/A
Home Office Address _____ N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above. We will apply for this insurance on your behalf.

X   N/A
Buyer Signature                                 Date

X   N/A
Co-Buyer Signature                              Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE FOR BODILY INJURY LIABILITY, PUBLIC LIABILITY, OR PROPERTY DAMAGE LIABILITY.**

Returned Check Charge: You agree to pay a charge of up to $20 if any check you give us is dishonored or any electronic payment is returned unpaid. If a check is not paid within 15 days, you will pay a charge of the lesser of $40 or the face amount of the check if we make written demand that you do so.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ____84____ Mos.
AUTOMOTIVE WARRANTY SERVI
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before ___N/A___, Year N/A. SELLER'S INITIALS _____

---

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

**NOTICE TO BUYER:** (a) Do not sign this contract before you read it or if any spaces intended for the agreed terms, except as to unavailable information, are blank. (b) You are entitled to a copy of this contract at the time you sign it. (c) You may at any time pay off the full unpaid balance due under this contract, and in so doing you may receive a partial rebate of the finance charge. (d) The finance charge does not exceed ___9.99___% (must be filled in) per annum computed monthly.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 7/16/16   Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here  X
Seller signs  TACOMA DODGE CHRYSLER JEEP   Date 7/16/16   Address By X _____ Title _____

Seller assigns its interest in this contract to  KITSAP CREDIT UNION                                   (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse        ☒ Assigned without recourse                              ☐ Assigned with limited recourse
TACOMA DODGE CHRYSLER JEEP
Seller _____ By _____ Title _____

LAW® FORM NO. 553-WA (REV. 7/15) U.S. PATENT NO. D480,782
©2015 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER



# Lien and Title Information Report
2964-Kitsap Credit Union

| | | | |
|---|---|---|---|
| **Customer** | DAMEION MARTIN | **VIN** | 1GKFK66867J297921 |
| **Organization ID** | 2964 | **Organization Name** | Kitsap Credit Union |
| **Lien Start** | 07/29/2016 | **Lien End** | 07/30/2023 |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $32,081.31 |
| **Lien Type** | Retail | **Dealer ID** | 63 |

## Last ELT Transactions

**Received On**
2016-08-27 01:02:16.0    Add Record - Perfection of Lien

## Borrower / Lesee Details

**Name**   DAMEION MARTIN

**Address**   4820 80TH AVE W,UNIVERSITY PLACE WA,98467

## Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | GMC |
| **Model** | YUKON XL 1500 SUV | **Year** | 2007 |
| **Mileage** | 89783 | | |

## Title Information

| | | | |
|---|---|---|---|
| **Title Number** | BAS3235 | **Title State** | WA |
| **Tag Number** | BAS3235 | **VIN** | 1GKFK66867J297921 |
| **Status** | MATCHED | **Match Date** | 08/27/2016 |
| **Lien Expiration Date** | | **Media Type** | Electronic |

## State Information

| | | | |
|---|---|---|---|
| **Name** | MARTIN,DAMEION | **Lessee** | |
| **Address** | 4820 80TH AVE W,UNIVERSITY PLACE WA,984671918 | | |
| **Vehicle Type** | | **Make** | GMC |
| **Model** | YUKON | **Year** | 2007 |
| **Mileage** | 0 | | |
| **Title State** | WA | **Title Number** | BAS3235 |
| **Brands** | | | |